**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
455 University Avenue, Suite 360
Sacramento, California 95825
Telephone: (916) 920-2856
Telecopier: (916) 920-2857

Attorneys for Defendant
FLYERS, LLC #61

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO.: CV 06-01149 FCD EFB |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| FLYERS, LLC #61, individually and d/b/a FLYERS #61; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each side is to bear their own costs and attorney's fees.

DATED: November 17, 2006     **SCOTT N. JOHNSON**

By:     **/S/ SCOTT N. JOHNSON**
SCOTT N. JOHNSON, ESQ.
Attorney for Plaintiff

---

**Stipulation of Dismissal and Order**

- 1 -

DATED:  November 17, 2006         **THE COSTA LAW FIRM**

By:   **/S/   DANIEL P. COSTA**
DANIEL P. COSTA
Attorneys for Defendant
FLYERS, LLC #61

**IT IS SO ORDERED.**

Dated: November 21, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE